Stuart Price, Esq. (SNB: 150439)
PRICE LAW GROUP, APC
15760 Ventura Boulevard, Suite 800
Encino, CA 91436
T: (818)907-2030
E: stuart@pricelawgroup.com
Attorneys for Plaintiff Arman Ulanday

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ARMAN ULANDAY,<br><br>      Plaintiff,<br>   vs.<br>SPRINGLEAF FINANCIAL, INC.,<br><br>      Defendant(s). | Case No.: 2:16-cv-02593-PA-PJW<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Plaintiff, Arman Ulanday, and Defendant, Springleaf Financial, Inc., have settled all claims between them in this matter. The parties are in the process of completing the final settlement documents and expect to file a Stipulated Dismissal with Prejudice within the next forty (40) days. The Plaintiff requests that the Court vacate all pending deadlines and hearings in this matter. The Plaintiff also requests that the Court retain jurisdiction for any matters related to completing and/or enforcing the settlement.

Dated March 17, 2017                      **PRICE LAW GROUP, APC**

                                          By: /s/ *Stuart M. Price*
                                          Stuart M. Price
                                          stuart@pricelawgroup.com
                                          Attorneys for Plaintiff Arman Ulanday

# **CERTIFICATE OF SERVICE**

I certify that a copy of the foregoing pleading was filed electronically with the Clerk of Court using the CM/ECF system on the 17th day of March, 2017. Notice of this filing will be sent via electronic mail to the following:

Brett B. Goodman
bgoodman@yumollp.com
Yu Mohandesi, LLP
Springleaf Financial, Inc.
633 West Fifth Street, Suite 2800
Los Angeles, CA 90071

/s/ *Mari Cervantes*